# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00733-CV

**In re Texans for Real Efficiency and Equity in Education, Joyce Coleman, Danessa Bolling, Lee Beall and Allena Beal, Joel Smedshammer, Andrea Smedshammer, Darlene Menn, and Texas Association of Business**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Field

Filed:   November 14, 2013